IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MEDINA,

    Plaintiff,                                     No. CIV S-10-3435 GGH P

    vs.

WARDEN OF CMF-VACAVILLE, et al.,

    Defendants.                               <u>ORDER</u>

_____/

        By order filed April 27, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has consented to the jurisdiction of the undersigned and there are no other parties presently appearing.

        Prior to screening, plaintiff requested an opportunity to amend his complaint, and this request was honored. Plaintiff was given guidance to correct the defects in his complaint. Plaintiff's initial complaint had not linked any defendants to the very sparse factual recitation. It would have been dismissed in any event.   However, plaintiff has not filed an amended complaint.

        IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 13, 2011

                                        /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

ggh:14
medi3435.fta